NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MAG INSTRUMENT, INC.,**
*Plaintiff-Appellant,*

v.

**THE COLEMAN COMPANY, INC.,**
*Defendant-Appellee,*

**and**

**DOES 1-10,**
*Defendants.*

---

2010-1279

---

Appeal from the United States District Court for the Central District of California in case no. 09-CV-1842, Judge Manuel L. Real.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of The Coleman Company, Inc.'s unopposed motion for leave to file a supplemental appendix,

IT IS ORDERED THAT:

The motion is granted. If the supplemental appendix has not already been filed, it is due within 7 days of the date of filing of this order.

FOR THE COURT

OCT 2 9 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Robert C. Weiss, Esq.
    Jonathan Rotter, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

OCT 2 9 2010

**JAN HORBALY**
**CLERK**